| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert P. Goe - SBN 137019<br>GOE & FORSYTHE, LLP<br>18101 Von Karman Ave., Ste. 510<br>Irvine, CA 92612<br>Telephone: (949) 798-2460<br>Facsimile: (949) 955-9437 | |

☐ *Individual appearing without attorney*
☑ *Attorney for*: Debtor

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
<u>SANTA ANA</u> **DIVISION**

| In re: TRUDY KALUSH | CASE NO: 8:11-bk-19563<br>CHAPTER: 11 |
|---|---|
| | **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
| Debtor(s). | |

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

    a. *Title of motion*: Motion in an Individual Case for an Order Continuing the Automatic Stay

    b. *Date of filing of motion*: July 14, 2011

2. Compliance with LBR 9075-1(b)(2)(A): (***The following three sections must be completed***)

    a. Briefly specify the relief requested in the motion:
    Debtor seeks continuation of the automatic stay as to all creditors, past the 30 days provided for under 11 U.S.C. Section 362(c)(3).

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                          Page 1                          **F 9075-1.1.APPLICATION**

b.  Identify the parties affected by the relief requested in the motion:
    All creditors are affected by the relief requested.

c.  State the reasons necessitating a hearing on shortened time:
    Debtor only has 30 days from the petition date to obtain an order extending the automatic stay.  Debtor was
    unable to obtain a hearing on regular notice within that 30 day time frame.

3.  Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and
    establishes a *prima facie* basis for the granting of the motion.
    See attached Declaration of Trudy Kalush

4.  Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory Form 9075-1.2.ORDER

Date:  7/13/11

GOE & FORSYTHE, LLP
_____
*Print Law Firm Name (if applicable)*

Robert P. Goe, Attorneys for Debtor, Trudy Kalush
_____
*Print Name of Individual Movant or Attorney for Movant*

_____
*Signature of Individual Movant or Attorney for Movant*

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                                    Page 2                          F 9075-1.1.APPLICATION

1  Robert P. Goe - State Bar No. 137019
   Elizabeth A. LaRocque – State Bar No. 219977
2  **GOE & FORSYTHE, LLP**
   18101 Von Karman Avenue, Suite 510
3  Irvine, CA 92612
   rgoe@goeforlaw.com
4  elarocque@goeforlaw.com

5  Telephone:  (949) 798-2460
   Facsimile:   (949) 955-9437
6
   Attorneys for Debtor, Trudy Kalush
7

8

9

10                **UNITED STATES BANKRUPTCY COURT**

11                **CENTRAL DISTRICT OF CALIFORNIA**

12                    **SANTA ANA DIVISION**

13

14  In re:                          | Case No. 8:11-bk-19563-ES

15  TRUDY KALUSH,                    | Chapter 11 Proceeding

16                                   | **DECLARATION OF TRUDY KALUSH
17         Debtor.                   | IN SUPPORT OF APPLICATION FOR
                                     | ORDER SHORTENING TIME
18                                   | REGARDING THE HEARING ON
                                     | DEBTOR'S  MOTION IN AN
19                                   | INDIVIDUAL CASE FOR ORDER
                                     | CONTINUING THE AUTOMATIC
20                                   | STAY**

21                                   | **Hearing:**
                                     | TBD
22

23
                **DECLARATION OF TRUDY KALUSH**
24
    I, Trudy Kalush, declare and state:
25
           I am the debtor and debtor-in-possession in the above-captioned chapter 11 bankruptcy
26
    proceeding.  I have personal knowledge of the facts alleged herein and if called upon as a
27
    witness, I could and would competently testify thereto.  I make this declaration in support of my
28

Application for Order Shortening Time regarding my Motion in an Individual Case to Continue the Automatic Stay.

1.    On June 7, 2011, on the advice of my counsel at that time, I filed a chapter 13 bankruptcy case; Case No. 11-18090.  Shortly after filing this case, I learned that I was not eligible as a chapter 13 debtor because my debts exceeded the limit for a chapter 13 case and that my former counsel was not competent to handle a chapter 11 proceeding.  Upon learning this, I voluntarily requested dismissal of my chapter 13 case, which request was granted and the case dismissed on June 27, 2011.  At the time of dismissal of my chapter 13 case, there were no motions pending and no creditors had sought or obtained relief from the automatic stay.

2.    I obtained new counsel and on July 7, 2011, I filed the instant chapter 11 bankruptcy proceeding.

3.    I filed the instant case in good faith and only as a result of erroneously filing a chapter 13 case when I was not eligible for the same.  I corrected that mistake as soon as I learned of the same by seeking a voluntary dismissal.  I then obtained new counsel and filed the instant case.

4.    I am requesting that my Motion of Individual for Continuing the Automatic Stay be heard on shortened notice because pursuant to 11 U.S.C. Section 362(c)(3) the stay is only effective for thirty (30) days unless my request for it to be continued is granted.  My counsel was unable to obtain a hearing date on regular notice within that thirty (30) day period.  Thus, I am requesting that the Court hear my motion for continuance of the automatic stay on shortened notice and within that thirty (30) day period.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 12, 2011                            By: _____
                                                              Trudy Kalush

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

18101 Von Karman Avenue, Suite 510, Irvine, CA 92612

A true and correct copy of the foregoing document described as **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___July 14, 2011___ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Nancy S Goldenberg nancy.goldenberg@usdoj.gov
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___July 14, 2011___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___July 14, 2011___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Erithe A. Smith, USBC, 411 West Street, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 14, 2011 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*                    Page 3                    **F 9075-1.1.APPLICATION**

**In re Trudy Kalush**
**Case No. 8:11-bk-19563-ES**

**Debtor**
Trudy Kalush
16625 South Pacific Avenue
Sunset Beach, CA 90742

<u>**Office of the US Trustee**</u>
United States Trustee
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701-8000

<u>**Creditors**</u>

BAC Home Loans Servicing
450 American Street
Simi Valley, CA 93065

Bank of America
Box 5170
Simi Valley, CA 93062-5170

Chase
3990 South Babcock St
Melbourne, FL 32091

Discover Financial Services
Box 15316
Wilmington, DE 19850

Edward Akkashian
Box 3254
Long Beach, CA 90803

Greentree Servicing
Box 6172
Rapid City, SD 57709-6172

Jason Jones
Box 1533
Sunset Beach, CA 90742

One West Bank
Attn: Bankruptcy Dept
888 East Walnut St
Pasadena, CA 91101

Progressive Management Systems
1521 West Cameron Ave
First Floor
West Covina, CA 91790

Recontrust Company
1800 Tapo Canyon Rd
Simi Valley, CA 93063

RSM&A Foreclosure Services
43252 Woodward Avenue
Suite 180
Bloomfield Hills, MI 48302

Wells Fargo
PO Box 30086
Los Angeles, CA 90030-1001